IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10546
Summary Calendar
_____


JANICE BATES HOLMES,

Petitioner-Appellant,

versus

WAYNE SCOTT, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:94-CV-147-C
- - - - - - - - - -
December 4, 1995
Before WIENER, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Janice Bates Holmes appeals the district court's denial of her petition for habeas corpus. Holmes argues that her trial counsel was ineffective for failing to conduct a voir dire sufficient to uncover juror bias. She also argues that her appellate counsel was ineffective for failing to raise the issue on direct appeal.

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons given by the magistrate judge and adopted by the district court.

AFFIRMED.